# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYRA WILLIAMSON, )<br>    )<br>    Plaintiff, )<br>    ) Civil Action No. 16-cv-00460<br>v. )<br>    )<br>ENHANCED RECOVERY COMPANY, LLC; )<br>and )<br>DOE 1-5 )<br>    )<br>    Defendants. )<br>    ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff Myra Williamson and defendant ENHANCED RECOVERY COMPANY, LLC have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by June 20, 2016, at which time Plaintiff expects to file a Notice of Dismissal of the entire action.

May 27, 2016

/s/Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff MYRA WILLIAMSON
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com


/s/ William C. Vidrine
William C. Vidrine (21398)
Attorney for Plaintiff Hope Montemagno
Vidrine & Vidrine, Attorneys at Law
(Of counsel for Centennial Law Offices)

711 West Pinhook Road
Lafayette, LA 70503
Phone: 337-205-4603
Fax: 337-233-3897
williamv@vidrinelaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on this date, May 27, 2016, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256

                                    /s/Robert Amador
                                    ROBERT AMADOR, ESQ.
                                    Attorney for Plaintiff MYRA WILLIAMSON
                                    Centennial Law Offices
                                    9452 Telephone Rd. 156
                                    Ventura, CA. 93004
                                    (888)308-1119 ext. 11
                                    (888)535-8267 fax
                                    R.Amador@centenniallawoffices.com