UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYRA WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 16-cv-00460 |
| v. ) | |
| ) | |
| ENHANCED RECOVERY COMPANY, LLC; ) | |
| and ) | |
| DOE 1-5 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro.41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

June 29, 2016

/s/Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff MYRA WILLIAMSON
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com


/s/ William C. Vidrine
William C. Vidrine (21398)
Attorney for Plaintiff Hope Montemagno
Vidrine & Vidrine, Attorneys at Law
(Of counsel for Centennial Law Offices)

711 West Pinhook Road
Lafayette, LA 70503
Phone: 337-205-4603
Fax: 337-233-3897
williamv@vidrinelaw.com

Case 3:16-cv-00460-RGJ-KLH   Document 13   Filed 06/29/16   Page 3 of 3 PageID #: 34

## **CERTIFICATE OF SERVICE**

I certify that on this date, June 29, 2016, I mailed a copy of the foregoing NOTICE OF DISMISSAL, First Class U.S. Mail, to the following party:

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256

                                         s/Robert Amador
                                         ROBERT AMADOR, ESQ.
                                         Attorney for Plaintiff MYRA WILLIAMSON
                                         Centennial Law Offices
                                         9452 Telephone Rd. 156
                                         Ventura, CA. 93004
                                         (888)308-1119 ext. 11
                                         (888)535-8267 fax
                                         R.Amador@centenniallawoffices.com